IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

KOLBY DUCKETT, et al.,                )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )          No. 1:19–CV–00295
                                      )
CHIEF BRIAN HICKMAN, et al.,          )
                                      )
        Defendants.                   )

<u>ORDER</u>

This matter is before the Court on the Parties' Joint Motion to Withdraw Notice of

Nonconsent. [Doc. 20]. The Motion is GRANTED.


So ordered.

ENTER:


                        s/J. RONNIE GREER
                        UNITED STATES DISTRICT JUDGE