UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KOLBY DUCKETT, <br> DAVID SCHILLING, and <br> DAVID HOLLOWAY, <br><br> Plaintiffs, <br><br> v. <br><br> CHIEF BRIAN HICKMAN, individually, and in his official capacity as the Police Chief of the City of Collegedale, <br><br> TED ROGERS, individually, and in his official capacity as the City Manager of the City of Collegedale, and <br><br> THE CITY OF COLLEGEDALE, TENNESSEE, a municipality. <br><br> Defendants. | * * * * * * * * * * * * * * * * * * * * | Docket No. 1:19-cv-00295 <br><br> JURY DEMAND |

## PLAINTIFFS' NOTICE OF SERVING INITIAL DISCLOSURES

COMES NOW, the Plaintiffs, Officer Kolby Duckett, Officer David Schilling and Corporal David Holloway, by and through undersigned counsel, and hereby files this Notice of Serving Initial Disclosures upon counsel for all the parties by e-mail and U.S. Mail on January 30, 2020.

This 30th day of January 2020.

Respectfully submitted,

**DAVIS & HOSS, P.C.**

s/Janie Parks Varnell
Janie Parks Varnell, BPR #031256
Bryan H. Hoss, BPR #021529
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – fax
janie@davis-hoss.com
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Benjamin K. Lauderback
Brian R. Bibb
900 S. Gay St., Suite 1500
Knoxville, TN 37902
(865) 637-1700
 (865) 525-2514 - fax
*Attorneys for Defendant Chief Hickman*

Keith H. Grant
Phillip Aaron Wells
Suite 700, Republic Center
633 Chestnut Street
Chattanooga, TN 37450
(423) 756-5051
(423) 266-0474 - fax
*Attorneys for Defendants Ted Rogers and
The City of Collegedale*

This 30th Day of January 2020.

                                              /s/ Janie Parks Varnell
                                              JANIE PARKS VARNELL