## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

**KOLBY DUCKETT, DAVID SCHILLING,
and DAVID HOLLOWAY,**

      **Plaintiffs,**

**v.**

                                 **No. 1:19-cv-00295**

**CHIEF BRIAN HICKMAN, TED ROGERS,
and THE CITY OF COLLEGEDALE,
TENNESSEE,**

      **Defendants.**

## NOTICE OF SERVICE

Defendant Chief Brian Hickman hereby provides this Honorable Court with notice that he has forwarded his Rule 26 Initial Disclosures to all involved counsel on January 30, 2020 via First Class Mail.

RESPECTFULLY SUBMITTED this 30th day of January, 2020.

                     **CHIEF BRIAN HICKMAN**

                     By: /s/ Benjamin K. Lauderback
                     BENJAMIN K. LAUDERBACK, BPR No. 020855
                     BRIAN R. BIBB, BPR No. 031024
                     WATSON, ROACH, BATSON &
                     LAUDERBACK, P.L.C.
                     900 S. Gay St., Suite 1500
                     Knoxville, TN 37902

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

Janie Parks Varnell            Keith Grant
Bryan H. Hoss                Philip Aaron Wells
DAVIS & HOSS, P.C.        ROBINSON, SMITH & WELLS, PLLC
850 Fort Wood Street        633 Chestnut Street, Suite 700
Chattanooga, Tennessee 37403    Chattanooga, TN 37450

      Dated this 30th day of January, 2020.


                     /s/ Benjamin K. Lauderback
                     BENJAMIN K. LAUDERBACK

2