IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KOLBY DUCKET, DAVID SCHILLING, and DAVID HOLLOWAY ) ) ) Plaintiff ) ) ) v. ) ) CHIEF BRIAN HICKMAN, individually, ) and in his official capacity as Chief of the ) Collegedale Police Department, TED ) ROGERS, individually, and in his official ) capacity as City Manager for the City of ) Collegedale, Tennessee, and THE CITY ) OF COLLEGEDALE, TENNESSEE ) ) Defendants ) | No. 1:19-cv-00295 |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES BY THE CITY OF COLLEGEDALE AND CITY MANAGER TED ROGERS

The Defendants, City of Collegedale, Tennessee and City Manager Ted Rogers hereby provide this Honorable Court with notice that they served all parties with Initial Disclosures by First Class Mail on January 30, 2020.

Respectfully submitted,

**ROBINSON, SMITH & WELLS, PLLC**
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051
Facsimile: (423) 266-0474

By: */s/ Philip Aaron Wells*
Keith H. Grant, BPR #023274
Philip Aaron Wells, BPR #036248
*Attorneys for Defendants, City of Collegedale and City Manager Ted Rogers*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of January, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      Robinson, Smith & Wells, PLLC

      By:    */s/ Philip Aaron Wells*

cc:    Janie Parks Varnell, Esquire
        Bryan H. Hoss, Esquire
        Davis & Hoss, P.C.
        850 Fort Wood Street
        Chattanooga, TN 37403
        *Attorneys for Plaintiffs*

        Benjamin K. Lauderback, Esquire
        Watson, Roach, Batson, Rowell & Lauderback
        900 S. Gay Street, Suite 1500
        P.O. Box 131
        Knoxville, TN 37901-0131
        *Attorney for Chief Brian Hickman*