# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

KOLBY DUCKETT

v.   Case No.: 1:19−cv−00295−CHS

BRIAN HICKMAN

## NOTICE OF SCHEDULING CONFERENCE

The parties have consented that all proceedings in this case be conducted by United States Magistrate Judge Christopher H. Steger in accordance with 28 U.S.C. § 636(c). Under Rule 16(b), a scheduling conference will be held **before United Stated Magistrate Judge Steger on Friday, February 28,2020, at 10:00 AM [EASTERN], Judge's Chambers, U.S. District Court, 900 Georgia Avenue, Chattanooga, Tennessee.** *If counsel have an unavoidable conflict with this date and time, counsel should contact Judge Steger's chambers at steger_chambers@tned.uscourts.gov to reschedule.*

Attention is invited to Rule 26(f) requiring a discovery−planning meeting as well as Rule 26(a)(1) requiring certain initial disclosures. The parties are encouraged to comply with these rules prior to attending the scheduling conference. If the parties are unable to comply, the Court will order compliance at a time and place in the scheduling order.

The purposes of this conference is to discuss the possibility of settlement and to set a schedule for the expeditious management of the case. **All attorneys who are to be actively involved in this case are expected to be present.**

Date: February 4, 2020

                                      CHRISTOPHER H. STEGER
                                      U.S. MAGISTRATE JUDGE

                                      By: Katharine M Gardner