# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

KOLBY DUCKETT, DAVID SCHILLING,
and DAVID HOLLOWAY,

    Plaintiffs,

v.

                      No. 1:19-cv-00295

CHIEF BRIAN HICKMAN, TED ROGERS,
and THE CITY OF COLLEGEDALE,
TENNESSEE,

    Defendants.

## NOTICE OF SERVICE

Defendant Brian Hickman hereby provides this Honorable Court with notice that he has forwarded his Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to involved counsel on May 11, 2020 via First Class Mail.

RESPECTFULLY SUBMITTED this 11th day of May, 2020.

                      **CHIEF BRIAN HICKMAN**

                      By: /s/ Benjamin K. Lauderback
                      BENJAMIN K. LAUDERBACK, BPR No. 020855
                      BRIAN R. BIBB, BPR No. 031024
                      WATSON, ROACH, BATSON &
                      LAUDERBACK, P.L.C.
                      900 S. Gay St., Suite 1500
                      Knoxville, TN 37902

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Janie Parks Varnell | Keith Grant |
| Bryan H. Hoss | Philip Aaron Wells |
| DAVIS & HOSS, P.C. | ROBINSON, SMITH & WELLS, PLLC |
| 850 Fort Wood Street | 633 Chestnut Street, Suite 700 |
| Chattanooga, Tennessee 37403 | Chattanooga, TN 37450 |

      Dated this 11th day of May, 2020.

                                                  /s/ Benjamin K. Lauderback
                                                  BENJAMIN K. LAUDERBACK