# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Kolby Duckett, David Schilling and David Holloway<br>*Plaintiff*<br>v.<br>Chief Brian Hickman, Ted Rogers and the City of Collegedale<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:19-CV-00295<br>)<br>)<br>) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Tonya Sadler
Collegedale Municipal Building, 4910 Swinyar Dr., Collegedale, TN 37363

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all documents related to the above-referenced matter, including any text, written or email communications with Kolby Duckett, David Schilling and/or David Holloway between January 1, 2018 to the present referencing their employment with the City of Collegedale, the conditions or circumstances of their employment with the City of Collegedale, their complaints or concerns about their employment with the City of Collegedale or the termination of their employment with the City of Collegedale.

| Place: Watson, Roach, Batson & Lauderback, 1500 Riverview Tower, 900 South Gay Street, Knoxville, TN 37901 | Date and Time:<br>06/29/2020 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/28/2020

*CLERK OF COURT*
                     OR

_____      /s/Brian R. Bibb, BPR No. 031024
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Chief Brian Hickman , who issues or requests this subpoena, are:

Brian R. Bibb, P.O. Box 131, Knoxville, TN 37901, bbibb@watsonroach.com, (865) 637-1700.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-CV-00295

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Via Certified Mail Return Receipt

_____ on *(date)* 06/01/2020 ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/03/2020

/s/Brian R. Bibb, BPR No. 031024
*Server's signature*

Brian R. Bibb, Attorney
*Printed name and title*

Watson, Roach, Batson & Lauderback
1500 Riverview Tower, 900 South Gay Street
Knoxville, TN 37901
*Server's address*

Additional information regarding attempted service, etc.:

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)  $ _____
- ☐ Return Receipt (electronic)  $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required  $ _____
- ☐ Adult Signature Restricted Delivery  $ _____

Postmark Here

Postage
$

Total Postage and Fees
$

Sent To Tonya Sadler, Collegedale Municipal
Street and Apt. No., or PO Box No. Bldg., 4910 Swinyar Dr.
City, State, ZIP+4® Collegedale, TN 37363

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 2070 0000 8595 3720

---

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tonya Sadler
Collegedale Municipal Bldg.
4910 Swinyar Dr.
Collegedale, TN 37363

9590 9402 4962 9063 7013 02

2. Article Number (Transfer from service label)
7016 2070 0000 8595 3720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt



WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131



CERTIFIED MAIL

7016 2070 0000 8595 3720



Tonya Sadler
Collegedale Municipal Building
4910 Swinyar Dr.
Collegedale, TN 37363

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ **Complete items 1, 2, and 3.**<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Tonya Sadler<br>C. Date of Delivery 6-1-2020 |
| 1. Article Addressed to:<br>Tonya Sadler<br>Collegedale Municipal Bldg.<br>4910 Swinyar Dr.<br>Collegedale, TN 37363<br><br>9590 9402 4962 9063 7013 02 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| 2. Article Number (*Transfer from service label*)<br>…16 2070 0000 8595 3720 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt



