IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KOLBY DUCKETT, * <br> DAVID SCHILLING, and * <br> DAVID HOLLOWAY, * <br>   * <br> Plaintiffs, * <br>   * <br> v. * <br>   * <br> CHIEF BRIAN HICKMAN, individually, * <br> and in his official capacity as the Police * <br> Chief of the City of Collegedale, * <br>   * <br> TED ROGERS, individually, and in * <br> his official capacity as the City Manager * <br> of the City of Collegedale, and * <br>   * <br> THE CITY OF COLLEGEDALE, TENNESSEE, * <br> a municipality. * <br>   * <br> Defendants. * | Docket No. 1:19-cv-00295 <br><br><br><br> JURY DEMAND |

## PLAINTIFFS' NOTICE OF DEPOSITION

To: Chief Brian Hickman
c/o Benjamin Lauderback
*Attorney for the Defendant*
900 S. Gay Street, Suite 1500
P.O. Box 131
Knoxville, TN 37901

**COMES NOW**, the Plaintiffs, Kolby Duckett (Officer Duckett), David Schilling (Officer Schilling), and David Holloway (Corporal Holloway) by and through their counsel, Davis & Hoss, P.C. pursuant to Rule 26 of the *Federal Rules of Civil Procedure*, shall take the deposition of Chief Brian Hickman on October 14, 2020 at 9:30 a.m. EST, at the law office of Robinson, Smith, &

Wells, PLLC, located at 633 Chestnut Street, Suite 700, Chattanooga, Tennessee, 37450. The deposition shall be recorded by stenographic means before a notary public, an official court reporter, or other person authorized by law to administer an oath and shall continue from day to day until completed.

Respectfully submitted,

**DAVIS & HOSS, P.C.**

\s\ Janie Parks Varnell
Janie Parks Varnell, BPR #031256
Bryan H. Hoss, BPR #021529
*Attorneys for the Plaintiffs*
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – Fax
janie@davis-hoss.com
bryan@davis-hoss.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

Benjamin K. Lauderback
Brian Bibb
**WATSON, ROACH, BATSON, & LAUDERBACK**
900 S. Gay Street, Suite 1500
P.O. Box 131
Knoxville, TN 37901-0131
*Attorneys for Chief Brian Hickman*

Keith H. Grant
Philip Aaron Wells
**ROBINSON, SMITH & WELLS, PLLC**
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
*Attorneys for City of Collegedale
and City Manager Ted Rogers*

Dated this 17th day of August, 2020.

/s/ Janie Parks Varnell
JANIE PARKS VARNELL