# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee ▼

| | |
|---|---|
| Kolby Duckett, David Schilling, and David Holloway ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:19-cv-00295 |
| Chief Brian Hickman, Ted Rogers, and the City of Collegedale, Tennessee ) ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Kristen Boyd - c/o Keith H. Grant
Robinson, Smith & Wells, PLLC 633 Chestnut Street, Suite 700, Chattanooga, TN 37450

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Robinson, Smith & Wells, PLLC 633 Chestnut Street, Suite 700 Chattanooga, TN 37450 | Date and Time: 09/11/2020 9:30 am |
|---|---|

The deposition will be recorded by this method: Stenographic means before a court reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8-12-20

*CLERK OF COURT*

OR _____

*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Kolby Duckett, David Schilling, and David Holloway
_____, who issues or requests this subpoena, are:

Janie Parks Varnell, DAVIS & HOSS, P.C., 850 Fort Wood Street, Chattanooga, TN 37403  (423) 266-0605

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00295

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Kristen Boyd__
on *(date)* __8.12.2020__ .

☑ I served the subpoena by delivering a copy to the named individual as follows:

__Certiffied Mail Return Receipt__

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8.20.2020__

_____
Server's signature

__Haley Kaye - Paralegal__
Printed name and title

__850 Fort Wood Street, Chatt, TN 37403__
Server's address

Additional information regarding attempted service, etc.:



850 Fort Wood Street
Chattanooga, TN 37403



**CERTIFIED MAIL**

7017 0190 0000 2994 1934

**Keith H. Grant
ROBINSON, SMITH & WELLS, PLLC
633 Chestnut Street, Suite 700
Chattanooga, TN 37450**

## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Keith H. Grant
Street and Apt. No., or PO Box No. 633 Chestnut Street, Suite 700
City, State, ZIP+4® Chatt, TN 37450

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7017 0190 0000 2994 1934

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kristen Boyd
c/o Keith H. Grant
Robinson, Smith + Wells PLLC
633 Chestnut Street, Suite 700
Chatt, TN 37450

9590 9402 3083 7124 8610 69

2. Article Number (Transfer from service label)

7017 0190 0000 2994 1934

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X K.G.R.S&W
☒ Agent
☐ Addressee

B. Received by (Printed Name): Covid 19 SO
C. Date of Delivery: 8·17·20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt