# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee ▼

| | |
|---|---|
| Kolby Duckett, David Schilling, and David Holloway<br>*Plaintiff*<br>v.<br>Chief Brian Hickman, Ted Rogers, and the City of Collegedale, Tennessee<br>*Defendant* | )<br>)<br>) Civil Action No. 1:19-cv-00295<br>)<br>)<br>) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: James Hardeman

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Robinson, Smith & Wells PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450 | Date and Time:<br>09/11/2020 1:00 pm |
|---|---|

The deposition will be recorded by this method: Stenographic means before a court reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Any and all documents related to the above case caption, including any text messages, written or email communications with Kolby Duckett, David Schilling, or David Holloway between January 1, 2018 to present, and any documents prepared for or on behalf of the City of Collegedale, City of Collegedale Police Department or Chief Brian Hickman.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8·13·20

CLERK OF COURT

_____  OR  _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Kolby Duckett, David Schilling, and David Holloway , who issues or requests this subpoena, are:

Janie Parks Varnell, DAVIS & HOSS, P.C., 850 Fort Wood Street, Chattanooga, TN 37403    (423) 266-0605

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00295

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* James Hardeman
on *(date)* 8.17.2020.

☒ I served the subpoena by delivering a copy to the named individual as follows: Personal service on James Hardeman
on *(date)* 8.18.2020 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-19-2020

Kay Baker
*Server's signature*

Kay Baker, process server
*Printed name and title*

P.O. Box 4373 Chatt TN 37405
*Server's address*

Additional information regarding attempted service, etc.: