# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee ▼

| | |
|---|---|
| Kolby Duckett, David Schilling, and David Holloway<br>*Plaintiff*<br>v.<br>Chief Brian Hickman, Ted Rogers, and the City of Collegedale, Tennessee<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:19-cv-00295<br>)<br>)<br>) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Chief Brian Hickman c/o Benjamin Lauderback
900 S. Gay Street, Suite 1500, P.O. Box 131, Knoxville TN 37901
*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Robinson, Smith & Wells PLLC<br>633 Chestnut Street, Suite 700<br>Chattanooga, TN 37450 | Date and Time:<br>10/14/2020 9:30 am |
|---|---|

The deposition will be recorded by this method: Stenographic means by court reporter

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 8.12.20

_____  OR  _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*
CLERK OF COURT

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Kolby Duckett, David Schilling, and David Holloway, who issues or requests this subpoena, are:
Janie Parks Varnell, DAVIS & HOSS, P.C., 850 Fort Wood Street, Chattanooga, TN 37403   (423) 266-0605

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 1:19-cv-00295

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Brian Hickman__
on *(date)* __8/12/2020__.

☑ I served the subpoena by delivering a copy to the named individual as follows: __Via__
__Certified Return Receipt Mail.__
on *(date)* __8/22/2020__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __8/28/2020__

_____
*Server's signature*

__Haley Kaye - Paralegal__
*Printed name and title*

__850 Fort Wood Street, Chattanooga, TN 37403__
*Server's address*

Additional information regarding attempted service, etc.:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C19 W/F    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) WF    C. Date of Delivery 6/22 |
| 1. Article Addressed to:<br>Brian Hickman<br>c/o Benj Lauderback<br>900 S. Gay Street, Suite 1500<br>P.O. Box 131<br>Knoxville, TN 37901 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 9590 9402 2955 7094 3059 60 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 0190 0000 2994 1880 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |