## FW: Scanned image from Bowe & Associates

Janie Varnell <janie@davis-hoss.com>
Thu 9/3/2020 10:23 AM
To: Haley Kaye <hkaye@davis-hoss.com>

📎 6 attachments (163 KB)
FW: PIO; FW: Performance Standards for Full Time Patrol Officers; Final draft; review; ; Fwd: Sergeant Opening ;

**From:** Curtis Bowe <curtisbowe@boweandassociates.com>
**Sent:** Wednesday, September 2, 2020 9:53 AM
**To:** bbibb@watsonroach.com; Janie Varnell <janie@davis-hoss.com>
**Cc:** curtisbowe <curtisbowe@boweandassociates.com>; Mitzi Mullins <mitzimullins@boweandassociates.com>
**Subject:** Fwd: Scanned image from Bowe & Associates

Brian, Janie,

Received your letter, and while ordinarily I respond to the same in a different fashion, my family obligations have made me weary. Consequently, I respond with this. This is the first set of emails (over 8 months I have located). I am doing the same now for text messages. As I find them I will continue to provide or mark what is confidential as my Court, hearing, and client schedule allows.

Yes, this is an extraordinary burden because of my practice and other commitments. However, I will do what I can.

Should you decide to appeal to the Court for some form of assistance, please provide me with Notice of the same for prompt response. Thank you.

*Curtis L. Bowe, III*

**For the Firm**
**Bowe & Associates, PLLC**
707 Georgia Avenue, Suite 301
Chattanooga, Tennessee 37402
Telephone: (423) 475-6070
Facsimile: (423) 475-6072
www.boweandassociates.com

**IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein. THIS TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. If you received this communication in error, please notify us immediately at 423-475-6070 and delete originals without retaining copies. T**

**EXHIBIT A**