## Re: Duckett, et al v. City of Collegedale

**Curtis Bowe** <curtisbowe@boweandassociates.com>
Fri 9/18/2020 11:00 AM

**To:** Brian Bibb <BBibb@watsonroach.com>
**Cc:** Keith Grant <kgrant@rswlaw.com>; Aaron Wells <awells@rswlaw.com>; Janie Varnell <janie@davis-hoss.com>; Bryan Hoss <bryan.hoss@davis-hoss.com>; Tammie Olsen <TOlsen@watsonroach.com>; Benj Lauderback <blauderback@watsonroach.com>; Mullins, Mitzi <mitzimullins@boweandassociates.com>; john@cawpllc.com <john@cawpllc.com>

📎 4 attachments (17 KB)
image001.png; image002.png; image003.png; image005.png;

Brian,

Thank you for the correspondence. John Cavett will be representing me in this matter.

Please address all correspondence to his attention.

We plan on filing a Motion to Quash and likely will do so in short order.

*Curtis L. Bowe, III*

**For the Firm**
**Bowe & Associates, PLLC**
**707 Georgia Avenue, Suite 301**
**Chattanooga, Tennessee 37402**
**Telephone: (423) 475-6070**
**Facsimile: (423) 475-6072**
**www.boweandassociates.com**
**IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein. THIS TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. If you received this communication in error, please notify us immediately at 423-475-6070 and delete originals without retaining copies. Thank you.**

---

**From:** "Brian Bibb" <BBibb@watsonroach.com>
**To:** "Curtis Bowe" <curtisbowe@boweandassociates.com>
**Cc:** "Keith Grant" <kgrant@rswlaw.com>, "Aaron Wells" <awells@rswlaw.com>, "Janie Varnell" <janie@davis-hoss.com>, "Bryan Hoss" <bryan.hoss@davis-hoss.com>, "Tammie Olsen" <TOlsen@watsonroach.com>, "Benj Lauderback" <blauderback@watsonroach.com>
**Sent:** Wednesday, September 16, 2020 5:13:43 PM
**Subject:** Duckett, et al v. City of Collegedale

Curtis:

**EXHIBIT B**