IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KOLBY DUCKETT, </br>DAVID SCHILLING, and </br>DAVID HOLLOWAY, </br></br>     Plaintiffs, </br></br>v. </br></br>CHIEF BRIAN HICKMAN, individually </br>And in his official capacity as the Police </br>Chief of the City of Collegedale and </br></br>TED ROGERS individually and in his </br>official capacity as the City Manager </br>of the City of Collegedale and </br></br>THE CITY OF COLLEGEDALE, TENN., </br>A municipality. </br></br>     Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) | Docket No. 1:19-cv-00295 </br></br></br>JURY DEMANDED |

**MOTION TO QUASH SUBPEONA PURSUANT TO FED. R. CIV. P. 45(d)(3)(iii).**

     Comes Curtis Bowe and pursuant to Fed. R. Civ. Pro. 45(d)(3)(iii) moves the Court for an Order quashing a deposition subpoena served on him on August 14, 2020. In support of this motion, see Memorandum filed simultaneously herewith.

     RESPECTFULLY SUBMITTED this 3rd day of November 2020

                        **CAVETT, ABBOTT & WEISS, PLLC**

                        By:    */s/ John C. Cavett, Jr.*
                        John C. Cavett, Jr., TN BPR 09388
                        Attorney for Curtis Bowe
                        801 Broad Street, Suite 428
                        Chattanooga, TN 37402
                        (423) 265-8804
                        john@cawpllc.com

## CERTIFICATE OF SERVICE

  I hereby certify that on November 3, 2020, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. Mail. Parties may access this filing through the Court's electronic filing system.

              */s/ John C. Cavett, Jr.*