

John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb

Jon G. Roach, Of Counsel+

**WATSON ROACH**
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

www.watsonroach.com

Robert H. Watson, Jr. (1945-2014)

Also Member:
* Illinois Bar

+ Certified as a Specialist in
Civil Pretrial Practice Advocacy
by the National Board of
Civil Pretrial Practice Advocacy
and Civil Trial Advocacy by the
National Board of Trial Advocacy

July 17, 2020

Curtis Bowe
707 Georgia Avenue, #301
Chattanooga, TN 37402

Re: Kolby Duckett, et al. v. Chief Brian Hickman, et al.
U.S. District Court No. 1:19-cv-00295

Dear Curtis:

I wanted to follow up with you on the subpoena that I served on you in the above-referenced case. You and I discussed this in early June and you indicated it would take you some time to prepare the responsive documents. That is perfectly understandable. I am just following up with you as to the status of the response to the subpoena. We have party depositions scheduled in August, so we will need those responsive documents within the next couple of weeks if possible. If that timeline poses a problem, please give me a call and we can discuss that.

Again, I appreciate your cooperation with this, and understand it is one of many obligations you have in the course of operating your practice. Regardless, please feel free to give me a call with any questions or concerns.

Very truly yours,

Brian R. Bibb

BRB:tjl



EXHIBIT B