# Tammie Olsen

**From:** Brian Bibb
**Sent:** Thursday, August 27, 2020 11:36 AM
**To:** Tammie Olsen
**Subject:** FW: Collegedale/Duckett
**Attachments:** 2020-08-27 Curtis Bowe Ltr..pdf

**From:** Teresa Lindbert
**Sent:** Thursday, August 27, 2020 11:35 AM
**To:** curtisbowe@boweandassociates.com
**Cc:** Brian Bibb
**Subject:** Collegedale/Duckett

Mr. Bowe,

Attached please find correspondence from Brian Bibb pertaining to the above-referenced matter. Please let me know if you have any problems opening the file.

**Teresa Lindbert**
Assistant to Reid A. Spaulding and Brian R. Bibb
865-637-1700 (office)
865-525-2514 (fax)
tlindbert@watsonroach.com



Watson, Roach, Batson & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS.



EXHIBIT C

1

Case 1:19-cv-00295-CHS   Document 72-3   Filed 11/12/20   Page 1 of 3   PageID #: 325



John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb
..................................
Jon G. Roach, Of Counsel+

**WATSON ROACH**
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

www.watsonroach.com

Robert H. Watson, Jr. (1945-2014)
..................................

Also Member:
* Illinois Bar

+Certified as a Specialist in
Civil Pretrial Practice Advocacy
by the National Board of
Civil Pretrial Practice Advocacy
and Civil Trial Advocacy by the
National Board of Trial Advocacy

August 27, 2020

**VIA EMAIL, FACSIMILE
& U.S. MAIL**
Curtis Bowe
707 Georgia Avenue, #301
Chattanooga, TN 37402

Re: Kolby Duckett, et al. v. Chief Brian Hickman, et al.
U.S. District Court No. 1:19-cv-00295

Dear Curtis:

I wanted to follow up again on the documents we sought from you by subpoena. As you recall, that subpoena was served on you about June 11, 2020 with a compliance date of June 29, 2020 at 10:00 AM. You and I spoke, and I indicated I had no issue with you having some additional time to produce responsive documents. You indicated you hoped to produce them around July 4. We spoke again at the end of July, and I advised you that we had party depositions scheduled the week of August 24th, and would need the documents prior to that date. You again indicated you would have them to me within a week. You and I spoke again on Friday, August 21st. I told you I needed these documents prior to the depositions commencing on August 25th. I did not receive them prior to those depositions beginning, which has prejudiced my client.

I have tried to be understanding on this. I know you have a busy practice, but you have relevant evidence in this case that I need in order to defend my client. We have another round of depositions beginning on September 9. Please produce those documents by close of business Tuesday, September 1st so I have time to review them and prepare for the depositions. If I don't have the documents by then, I will have no option but to seek relief from the Court. Again, I apologize for having to be insistent on this, but it has reached a point that my client will suffer further prejudice if the requested documents are not produced, and I have a duty to my client to follow up on this. Please give me a call if you want to discuss.

Very truly yours,

*Brian R. Bibb* (with permission *je*)

Brian R. Bibb

BRB:

# HP LaserJet 400 MFP M425dn

# Fax Confirmation

Aug-27-2020 11:44AM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 6827 | 8/27/2020 | 11:43:26AM | Send | 14234756072 | 1:02 | 1 | OK |



John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reed A. Spaulding*
Don R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb
Jon G. Roach, Of Counsel+

**WATSON ROACH**
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

www.watsonroach.com

Robert H. Watson, Jr. (1945-2014)

Also Member:
* Tennessee Bar
+ Certified as a Specialist in Civil Pretrial Practice Advocacy by the National Board of Civil Pretrial Practice Advocacy and Civil Trial Advocacy by the National Board of Trial Advocacy

August 27, 2020

**VIA EMAIL, FACSIMILE & U.S. MAIL**
Curtis Bowe
707 Georgia Avenue, #301
Chattanooga, TN 37402

Re: Kolby Duckett, et al. v. Chief Brian Hickman, et al.
U.S. District Court No. 1:19-cv-00295

Dear Curtis:

I wanted to follow up again on the documents we sought from you by subpoena. As you recall, that subpoena was served on you about June 11, 2020 with a compliance date of June 29, 2020 at 10:00 AM. You and I spoke, and I indicated I had no issue with you having some additional time to produce responsive documents. You indicated you hoped to produce them around July 4. We spoke again at the end of July, and I advised you that we had party depositions scheduled the week of August 24th, and would need the documents prior to that date. You again indicated you would have them to me within a week. You and I spoke again on Friday, August 21st. I told you I needed these documents prior to the depositions commencing on August 25th. I did not receive them prior to those depositions beginning, which has prejudiced my client.

I have tried to be understanding on this. I know you have a busy practice, but you have relevant evidence in this case that I need in order to defend my client. We have another round of depositions beginning on September 9. Please produce those documents by close of business Tuesday, September 1st so I have time to review them and prepare for the depositions. If I don't have the documents by then, I will have no option but to seek relief from the Court. Again, I apologize for having to be insistent on this, but it has reached a point that my client will suffer further prejudice if the requested documents are not produced, and I have a duty to my client to follow up on this. Please give me a call if you want to discuss.

Very truly yours,

Brian R. Bibb (with permission JL)

Brian R. Bibb

BRB: