John T. Batson, Jr.
Benjamin K. Lauderback
Hanson R. Tipton
Reid A. Spaulding*
Dan R. Pilkington
Emily C. Taylor
Courtney E. Read
Brian R. Bibb

Jon G. Roach, Of Counsel+



**WATSON ROACH**
ATTORNEYS AT LAW

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

1500 RIVERVIEW TOWER / 900 SOUTH GAY STREET
POST OFFICE BOX 131 / KNOXVILLE, TENNESSEE 37901-0131
865.637.1700 / 865.525.2514 (FAX)

www.watsonroach.com

Robert H. Watson, Jr. (1945-2014)

Also Member:
* Illinois Bar

+ Certified as a Specialist in
Civil Pretrial Practice Advocacy
by the National Board of
Civil Pretrial Practice Advocacy
and Civil Trial Advocacy by the
National Board of Trial Advocacy

September 16, 2020

**VIA EMAIL**
Curtis Bowe
707 Georgia Avenue, #301
Chattanooga, TN 37402

Re: Kolby Duckett, et al. v. Chief Brian Hickman, et al.
U.S. District Court No. 1:19-cv-00295

Dear Curtis:

I wanted to follow up on your conversation last Thursday, September 10, 2020, with all involved counsel in this case. During that phone call, you advised each of us that you felt it necessary to seek relief from the Court from the three subpoenas that are currently pending. It was our understanding that in lieu of your appearing in response to the subpoena, you intended to file a Motion to Quash or some other similar Motion to explain to the Court and the parties to this case why you felt you were unable to provide the requested documents and testimony. While I am aware the position you have taken, you have not filed anything with the Court as you said you would. I don't want this issue to continue to linger and there needs to be an opportunity for all parties to be heard on this issue. Therefore, if you intend to file some kind of Motion with the Court, please file that by Monday, September 21, 2020. If we have not received a filing by that point, we will need to initiate the process by filing a Motion to Compel your appearance and the documents.

Again, I understand the position that you are in both professionally and personally in this case, but I have an obligation to my client to ensure that this issue gets resolved in a timely manner before close of discovery. If you want to discuss this, please feel free to give me a call.

Very truly yours,

Brian R. Bibb

BRB:tjl

cc: Philip Aaron Wells
Keith Grant
Janie Varnell
Bryan H. Hoss

**EXHIBIT F**