| | |
|---|---|
| **From:** | Curtis Bowe <curtisbowe@boweandassociates.com> |
| **Sent:** | Friday, September 18, 2020 11:01 AM |
| **To:** | Brian Bibb |
| **Cc:** | Keith Grant; Aaron Wells; Janie Varnell; Bryan Hoss; Tammie Olsen; Benj Lauderback; Mullins, Mitzi; john@cawpllc.com |
| **Subject:** | Re: Duckett, et al v. City of Collegedale |

Brian,

Thank you for the correspondence. John Cavett will be representing me in this matter.

Please address all correspondence to his attention.

We plan on filing a Motion to Quash and likely will do so in short order.

*Curtis L. Bowe, III*

**For the Firm**

# Bowe & Associates, PLLC

707 Georgia Avenue, Suite 301

Chattanooga, Tennessee 37402

Telephone: (423) 475-6070

Facsimile: (423) 475-6072

www.boweandassociates.com
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed herein. THIS TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSON(S) NAMED. If you received this communication in error, please notify us immediately at 423-475-6070 and delete originals without retaining copies. Thank you.

---

**From:** "Brian Bibb" <BBibb@watsonroach.com>
**To:** "Curtis Bowe" <curtisbowe@boweandassociates.com>
**Cc:** "Keith Grant" <kgrant@rswlaw.com>, "Aaron Wells" <awells@rswlaw.com>, "Janie Varnell" <janie@davis-hoss.com>, "Bryan Hoss" <bryan.hoss@davis-hoss.com>, "Tammie Olsen" <TOlsen@watsonroach.com>, "Benj Lauderback" <blauderback@watsonroach.com>

EXHIBIT F

**Sent:** Wednesday, September 16, 2020 5:13:43 PM
**Subject:** Duckett, et al v. City of Collegedale

Curtis:

Please see the attached correspondence.

Feel free to give me a call if you want to discuss.

**Brian R. Bibb**
865-637-1700 (office)
865-525-2514 (fax)
bbibb@watsonroach.com





Watson, Roach, Batson, & Lauderback, P.L.C.
P. O. Box 131
Knoxville, Tennessee 37901-0131

THIS IS A PRIVILEGED AND CONFIDENTIAL COMMUNICATION UNDER THE COMMON INTEREST DOCTRINE, JOINT DEFENSE AGREEMENT OR ATTORNEY CLIENT PRIVILEGE, AND IS INTENDED ONLY FOR THE PERSON(S) TO WHOM IT IS ADDRESSED. IT IS NOT TO BE DIVULGED IN PART OR IN WHOLE, NOR IS THE SUBSTANCE OF IT TO BE DIVULGED IN PART OR IN WHOLE, TO ANYONE OTHER THAN THE ADDRESSEE(S) WITHOUT THE EXPRESS PERMISSION OF THE SENDER. IF YOU HAVE RECEIVED THIS MESSAGE AND ARE NOT THE INTENDED RECIPIENT, PLEASE NOTIFY WATSON, ROACH, BATSON, & LAUDERBACK, P.L.C. IMMEDIATELY AT 865-637-1700, AND DELETE THE MESSAGE FROM YOUR SYSTEM. UNITED STATES TREASURY REGULATIONS REQUIRE US TO INFORM YOU THAT NO STATEMENTS CONTAINED HEREIN NOR ANY ATTACHMENTS HERETO ARE INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, BY ANY PERSON FOR THE PURPOSE OF AVOIDING PENALTIES THAT MAY BE IMPOSED UNDER UNITED STATES FEDERAL TAX LAWS