IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KOLBY DUCKETT, DAVID SCHILLING, and DAVID HOLLOWAY )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>CHIEF BRIAN HICKMAN, individually, )<br>and in his official capacity as Chief of the )<br>Collegedale Police Department, TED )<br>ROGERS, individually, and in his official )<br>capacity as City Manager for the City of )<br>Collegedale, Tennessee, and THE CITY )<br>OF COLLEGEDALE, TENNESSEE )<br>)<br>Defendants ) | No. 1:19-cv-00295 |

## FINAL WITNESS LIST OF THE CITY OF COLLEGEDALE, TENNESSEE AND TED ROGERS

Pursuant to the Scheduling Order (Doc. 85) entered in this case, and in accordance with the *Tennessee Rules of Civil Procedure*, Defendants, City of Collegedale, Tennessee, and Ted Rogers, submit the following witness list:

Witnesses who the City and Rogers anticipate calling to testify at trial[1]:

    (1)    Kolby Duckett
                 c/o Janie Park Varnell, Attorney
                 c/o Brian Hoss, Attorney
                 Davis & Hoss, P.C.
                 850 Fort Wood Street
                 Chattanooga, TN   37403

---

[1]The City and Rogers reserve the right to amend this final witness list to include expert witnesses identified after the deadline contained in the Scheduling Order (Doc. 85) as the parties agreed informally to extend that deadline so that the Defendants could disclose experts in the event the case did not settle at mediation.

(2) David Schilling
c/o Janie Park Varnell, Attorney
c/o Brian Hoss, Attorney
Davis & Hoss, P.C.
850 Fort Wood Street
Chattanooga, TN   37403

(3) David Holloway
c/o Janie Park Varnell, Attorney
c/o Brian Hoss, Attorney
Davis & Hoss, P.C.
850 Fort Wood Street
Chattanooga, TN   37403

(4) Robert Bedell
c/o Janie Park Varnell, Attorney
c/o Brian Hoss, Attorney
Davis & Hoss, P.C.
850 Fort Wood Street
Chattanooga, TN   37403

(5) Brian Hickman
c/o Benjamin K. Lauderback & Brian Bibb
Watson, Roach, Batson & Lauderback, PLC
1500 Riverview Tower
900 South Gay Street
P.O. Box 131
Knoxville, TN 37901
Telephone:    (865) 637-1700

(6) Ted Rogers
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN   37450
Telephone:    (423) 756-5051

(7) Michael Westfield
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre

    633 Chestnut Street
    Chattanooga, TN 37450
    Telephone: (423) 756-5051

 (8) Jack Sapp
    City of Collegedale, Tennessee
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450
    Telephone: (423) 756-5051

 (9) Jamie Heath
    City of Collegedale, Tennessee
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450
    Telephone: (423) 756-5051

 (10) Kristen Boyd
    City of Collegedale, Tennessee
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450
    Telephone: (423) 756-5051

Witnesses who the City and Rogers may call to testify at trial, if necessary

 (1) Katie Lamb
    City of Collegedale, Tennessee
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450
    Telephone: (423) 756-5051

(2) Ethan White
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(3) Debbie Baker
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(4) Tim Johnson
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(5) Tom Turk
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(6) Paul Crosby
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

(7) James Hardeman

(8) Josh Booth
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(9) Sheila Strange
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(10) Det. Robert O'Daniel
Collegedale Police Department
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(11) Laura O'Daniel
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
Telephone: (423) 756-5051

(12) Burlon Hayworth
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN  37450
Telephone:  (423) 756-5051

(13) Cory Loftis
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN  37450
Telephone:  (423) 756-5051

(14) Michelle Toro
City of Collegedale, Tennessee
c/o Keith H. Grant & Aaron Wells
Robinson, Smith & Wells, PLLC
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN  37450
Telephone:  (423) 756-5051

(15) Curtis Bowe
707 Georgia Avenue, Suite 301
Chattanooga, TN  37402
(423) 475-6070

(16) David Barto
11901 Meadowview Road
Georgetown, TN  37336

(17) Any witnesses disclosed by any other party that is not objected to by the City and Rogers; and

(18) Any witness necessary for rebuttal.

Portions of the deposition transcripts of each Plaintiff may be used as necessary at trial, pursuant to Fed. R. Civ. P. 26(a)(3)(ii).

The City and Rogers reserve the right to supplement this witness list, if necessary.

                                     Respectfully submitted,

                                     **ROBINSON, SMITH & WELLS, PLLC**
                                     Suite 700, Republic Centre
                                     633 Chestnut Street
                                     Chattanooga, TN   37450
                                     Telephone:    (423) 756-5051
                                     Facsimile:     (423) 266-0474

                                By:      */s/ Philip Aaron Wells*
                                     Keith H. Grant, BPR #023274
                                     Philip Aaron Wells, BPR #036248
                                     *Attorneys for Defendants, City of*
                                     *Collegedale and City Manager Ted Rogers*

7

Case 1:19-cv-00295-CHS   Document 102   Filed 09/10/21   Page 7 of 8   PageID #: 464

## CERTIFICATE OF SERVICE

   I hereby certify that on the 10th day of September, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

             Robinson, Smith & Wells, PLLC

             By:  */s/ Philip Aaron Wells*

cc: Janie Parks Varnell, Esquire
   Bryan H. Hoss, Esquire
   Davis & Hoss, P.C.
   850 Fort Wood Street
   Chattanooga, TN 37403
   *Attorneys for Plaintiffs*

   Benjamin K. Lauderback, Esquire
   Brian R. Bibb, Esquire
   Watson, Roach, Batson & Lauderback
   900 S. Gay Street, Suite 1500
   P.O. Box 131
   Knoxville, TN 37901-0131
   *Attorneys for Chief Brian Hickman*

/KHG/PAW/COLLEGEDALEDUCKETT.FINAL WITNESS LIST