IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| KOLBY DUCKETT, <br> DAVID SCHILLING, and <br> DAVID HOLLOWAY, <br><br> Plaintiffs, <br><br> v. <br><br> CHIEF BRIAN HICKMAN, individually, <br> and in his official capacity as the Police <br> Chief of the City of Collegedale, <br><br> TED ROGERS, individually, and in <br> his official capacity as the City Manager <br> of the City of Collegedale, and <br><br> THE CITY OF COLLEGEDALE, TENNESSEE, <br> a municipality. <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | <br><br><br><br><br><br> Docket No. 1:19-cv-00295 <br><br><br><br><br><br><br><br><br> JURY DEMAND |

## PLAINTIFFS' WITNESS LIST

**COMES NOW**, the Plaintiffs, Kolby Duckett (Officer Duckett), David Schilling (Officer Schilling), and David Holloway (Corporal Holloway) by and through their counsel, Davis & Hoss, P.C. pursuant to the *Federal Rules of Civil Procedure*, and the current Scheduling Order (Doc. 85) and hereby submits the following final witness list:

1. E. Bruce Hutchinson (Economic Expert)
    403 Tennessee Avenue
    Signal Mountain, TN 37377
    (423) 314-0578

2. Lou Reiter (Expert - Law Enforcement)
   Lou Reiter & Associates
   87 Chula Drive
   Jasper, GA 30143
   (404) 242-9069

3. Kolby Duckett (Plaintiff)
   c/o Counsel Janie Parks Varnell
   Davis & Hoss, P.C.
   850 Fort Wood Street
   Chattanooga, TN 37403

4. Officer David Schilling (Plaintiff)
   c/o Counsel Janie Parks Varnell
   Davis & Hoss, P.C.
   850 Fort Wood Street
   Chattanooga, TN 37403

5. Corporal David Holloway (Plaintiff)
   c/o Counsel Janie Parks Varnell
   Davis & Hoss, P.C.
   850 Fort Wood Street
   Chattanooga, TN 37403

6. Brian Hickman (Defendant)
   c/o Counsel Benjamin Lauderback
   Watson, Roach, Batson & Lauderback
   900 S. Gay Street, Suite 1500
   P.O. Box 131
   Knoxville, TN  37901-0131

7. Ted Rogers (Defendant)
   c/o Attorney Keith H. Grant
   Robinson, Smith and Well, PLLC
   Suite 700, Republic Centre
   633 Chestnut Street
   Chattanooga, TN 37450

8. Sergeant Jamie Heath
   c/o Attorney Keith H. Grant
   Robinson, Smith and Well, PLLC
   Suite 700, Republic Centre
   633 Chestnut Street
   Chattanooga, TN 37450

9. Chief Jack Sapp
   c/o Attorney Keith H. Grant
   Robinson, Smith and Well, PLLC
   Suite 700, Republic Centre
   633 Chestnut Street
   Chattanooga, TN 37450

10. Former Assistant Chief Hardeman
    1350 Chapman Road
    Ringgold, GA 30736

11. Mike Westfield
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450

12. Corporal Robert Bedell
    c/o Counsel Janie Parks Varnell
    Davis & Hoss, P.C.
    850 Fort Wood Street
    Chattanooga, TN 37403

13. Commissioner Ethan White
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450

14. Tonya Sadler
    c/o Amanda Dunn
    Houston & Alexander
    3417 Dayton Blvd.
    Chattanooga, TN 37415

15. Michelle Toro
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450

16. Jordan Long
    600 Market Street

Suite G10
   Chattanooga, TN 37402

17. Karigan Fulghum
    600 Market Street
    Suite G10
    Chattanooga, TN 37402

18. Sam Elliott
    4910 Swinyar Drive
    Collegedale, TN 37363

19. Commissioner Debbie Baker
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450

20. Commissioner Phil Garver
    4910 Swinyar Drive
    Collegedale, TN 37363

21. Vice Mayor Tim Johnson
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450

22. Mayor Katie Lamb
    4910 Swinyar Drive
    Collegedale, TN 37363

23. Paul Crosby, Human Resources
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street
    Chattanooga, TN 37450

24. Kristen Boyd, Human Resources
    c/o Keith H. Grant & Aaron Wells
    Robinson, Smith & Wells, PLLC
    Suite 700, Republic Centre
    633 Chestnut Street

4

Chattanooga, TN 37450

25. District Attorney General Neal Pinkston
    600 Market Street, Suite 310
    Chattanooga, TN 37402

26. Bridgett Lofgren
    Tennessee Bureau of Investigation
    6040 Century Oaks Drive
    Chattanooga, TN 37416

27. Keith Herron
    Tennessee Bureau of Investigation
    6040 Century Oaks Drive
    Chattanooga, TN

28. Curtis Bowe
    707 Georgia Avenue, Suite 301
    Chattanooga, TN  37402
    (423) 475-6070

29. David Barto
    11901 Meadowview Road
    Georgetown, TN  37336

30. Any witnesses disclosed by any other party that is not objected to by the City and Rogers; and

31. Any witness necessary for rebuttal.

32. Unidentified records custodians.

The Plaintiffs hereby reserve the right to amend this Witness List following the Defendant's Expert Disclosures and after the discovery period has ended.

Respectfully submitted,

**DAVIS & HOSS, P.C.**

\s\ Janie Parks Varnell
Janie Parks Varnell, BPR #031256
Bryan H. Hoss, BPR #021529
*Attorneys for the Plaintiffs*
850 Fort Wood Street
Chattanooga, TN 37403
(423) 266-0605
(423) 266-0687 – Fax
janie@davis-hoss.com
bryan@davis-hoss.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

Benjamin K. Lauderback
Brian Bibb
**WATSON, ROACH, BATSON, & LAUDERBACK**
900 S. Gay Street, Suite 1500
P.O. Box 131
Knoxville, TN 37901-0131
*Attorneys for Chief Brian Hickman*

Keith H. Grant
Philip Aaron Wells
**ROBINSON, SMITH & WELLS, PLLC**
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
*Attorneys for City of Collegedale and City Manager Ted Rogers*

Dated this the 10th day of September, 2021.

/s/ Janie Parks Varnell