# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

KOLBY DUCKETT, DAVID SCHILLING,
and DAVID HOLLOWAY,

    Plaintiffs,

v.

                              No. 1:19-cv-00295

CHIEF BRIAN HICKMAN, TED ROGERS,
and THE CITY OF COLLEGEDALE,
TENNESSEE,

    Defendants.

## FINAL WITNESS LIST OF DEFENDANT CHIEF BRIAN HICKMAN

Pursuant to the scheduling order filed in this cause, and consistent with the Federal Rules of Civil Procedure, Defendant Chief Brian Hickman, hereby appears, by and through counsel, and submits the following witness list:

**Witnesses who this Defendant anticipates calling to testify at the trial of this matter:**

1. Brian Hickman
   c/o Benjamin K. Lauderback and
   Brian R. Bibb
   WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
   900 S. Gay St., Suite 1500
   Knoxville, TN 37902
   865-637-1700;

2. Ted Rogers
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

3. Kristen Boyd
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC

633 Chestnut Street, Suite 700
Chattanooga, TN 37450
423-756-5051;

4. Jack Sapp
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

5. Michael Westfield
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

6. Jamie Heath
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

7. Kolby Duckett
   c/o Janie Parks Varnell
   Bryan H. Hoss
   DAVIS & HOSS, P.C.
   850 Fort Wood Street
   Chattanooga, Tennessee 37403
   423-266-0605;

8. David Schilling
   c/o Janie Parks Varnell
   Bryan H. Hoss
   DAVIS & HOSS, P.C.
   850 Fort Wood Street
   Chattanooga, Tennessee 37403
   423-266-0605;

9. David Holloway
   c/o Janie Parks Varnell

Bryan H. Hoss
DAVIS & HOSS, P.C.
850 Fort Wood Street
Chattanooga, Tennessee 37403
423-266-0605;

**Witnesses who this Defendant may call to testify at the trial of this matter, if necessary:**

1. Ethan White
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

2. Debbie Baker
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

3. Tim Johnson
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

4. Katie Lamb
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

5. Tom Turk
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700

Chattanooga, TN 37450
423-756-5051;

6. Paul Crosby
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

7. James Hardeman;

8. Robert Bedell
   c/o Janie Parks Varnell
   Bryan H. Hoss
   DAVIS & HOSS, P.C.
   850 Fort Wood Street
   Chattanooga, Tennessee  37403
   423-266-0605;

9. Josh Booth
   c/o Keith Grant
   Philip Aaron Wells
   ROBINSON, SMITH & WELLS, PLLC
   633 Chestnut Street, Suite 700
   Chattanooga, TN 37450
   423-756-5051;

10. Sheila Strange
    c/o Keith Grant
    Philip Aaron Wells
    ROBINSON, SMITH & WELLS, PLLC
    633 Chestnut Street, Suite 700
    Chattanooga, TN 37450
    423-756-5051;

11. Burlon Hayworth
    c/o Keith Grant
    Philip Aaron Wells
    ROBINSON, SMITH & WELLS, PLLC
    633 Chestnut Street, Suite 700
    Chattanooga, TN 37450
    423-756-5051;

12. Cory Loftis

       c/o Keith Grant
       Philip Aaron Wells
       ROBINSON, SMITH & WELLS, PLLC
       633 Chestnut Street, Suite 700
       Chattanooga, TN 37450
       423-756-5051;

13. Laura O'Daniel
       c/o Keith Grant
       Philip Aaron Wells
       ROBINSON, SMITH & WELLS, PLLC
       633 Chestnut Street, Suite 700
       Chattanooga, TN 37450
       423-756-5051;

14. Robert O'Daniel
       c/o Keith Grant
       Philip Aaron Wells
       ROBINSON, SMITH & WELLS, PLLC
       633 Chestnut Street, Suite 700
       Chattanooga, TN 37450
       423-756-5051;

15. Michelle Toro
       c/o Keith Grant
       Philip Aaron Wells
       ROBINSON, SMITH & WELLS, PLLC
       633 Chestnut Street, Suite 700
       Chattanooga, TN 37450
       423-756-5051;

16. David Barto;

17. Curtis Bowe
       707 Georgia Avenue, Suite 301
       Chattanooga, TN 37402
       423-475-6070;

18. Any witness disclosed by any other party that is not objected to by this Defendant; and

19. Any witness necessary for rebuttal.

    Consistent with Fed. R. Civ. P. 26(a)(3)(ii), portions of the deposition transcripts of each of the three Plaintiffs may be used as necessary at the trial of this cause.

The parties have agreed that the Defendants may have through September 30, 2021 to disclose expert witnesses. To the extent one or more expert witnesses are disclosed, this Final Witness List will be timely supplemented to reflect such disclosure.

This Defendant retains the right to supplement this witness list as the interests of justice may so require it.

RESPECTFULLY SUBMITTED this 10th day of September, 2021.

**CHIEF BRIAN HICKMAN**

By: /s/ Brian R. Bibb, BPR No. 031024
BENJAMIN K. LAUDERBACK, BPR No. 020855
BRIAN R. BIBB, BPR No. 031024
WATSON, ROACH, BATSON &
LAUDERBACK, P.L.C.
900 S. Gay St., Suite 1500
Knoxville, TN 37902

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Janie Parks Varnell | Keith Grant |
| Bryan H. Hoss | Philip Aaron Wells |
| DAVIS & HOSS, P.C. | ROBINSON, SMITH & WELLS, PLLC |
| 850 Fort Wood Street | 633 Chestnut Street, Suite 700 |
| Chattanooga, Tennessee 37403 | Chattanooga, TN 37450 |

      Dated this 10th day of September, 2021.

      /s/ Brian R. Bibb
      BENJAMIN K. LAUDERBACK
      BRIAN R. BIBB

7

Case 1:19-cv-00295-CHS   Document 104   Filed 09/10/21   Page 7 of 7   PageID #: 478