IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KOLBY DUCKET, DAVID SCHILLING, and DAVID HOLLOWAY | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) No. 1:19-cv-00295 ) |
| CHIEF BRIAN HICKMAN, individually, and in his official capacity as Chief of the Collegedale Police Department, TED ROGERS, individually, and in his official capacity as City Manager for the City of Collegedale, Tennessee, and THE CITY OF COLLEGEDALE, TENNESSEE | ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## NOTICE OF COMPROMISE AND SETTLEMENT

Come now the Parties and notify the Court that the above styled action has been compromised and settled. Pursuant to E. D. Tenn. L. R. 68.1, a stipulation of dismissal as to the remaining claims and parties will be filed as soon as possible, and certainly before the date on which the case is set for trial.

Respectfully submitted,

**ROBINSON, SMITH & WELLS, PLLC**
Suite 700, Republic Centre
633 Chestnut Street
Chattanooga, TN  37450
Telephone:  (423) 756-5051
Facsimile:  (423) 266-0474

By: *S/Keith H. Grant*
    Keith H. Grant, BPR #023274
    Philip Aaron Wells, BPR #036248
    *Attorneys for Defendants, City of Collegedale and City Manager Ted Rogers*

**DAVIS & HOSS, P.C.**
850 Fort Wood Street
Chattanooga, TN   37403
Telephone:   (423) 266-0605
Facsimile:   (423) 266-0687

By: *S/Janie Parks Varnell*
    Janie Parks Varnell, BPR #031256
    Bryan H. Hoss, BPR #021529
    *Attorneys for Plaintiffs*

**WATSON, ROACH, BATSON & LAUDERBACK**
900 S. Gay Street, Suite 1500
P.O. Box 131
Knoxville, TN   37901-0131
Telephone:   (865) 637-1700

By: *S/Brian Bibb*
    Brian Bibb, BPR #031024
    *Attorneys for Defendant, Chief Brian Hickman*

ec/092421/KHG
collegedaleduckett.notice of compromise