# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

KOLBY DUCKETT, DAVID SCHILLING,
and DAVID HOLLOWAY,

    Plaintiffs,

v.                                                 **No. 1:19-cv-00295**

CHIEF BRIAN HICKMAN, TED ROGERS,
and THE CITY OF COLLEGEDALE,
TENNESSEE,

    Defendants.

## JOINT STIPULATION OF DISMISSAL OF
## DEFENDANTS CHIEF BRIAN HICKMAN AND TED ROGERS

Come now all the Parties, by and through counsel, and file this dismissal with prejudice of all the Plaintiff's federal and state law claims raised against Chief Brian Hickman and Ted Rogers in the above-captioned matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation is entered with prejudice effective immediately upon the filing of the same. These parties further stipulate that this action is not subject to the provisions of Federal Rule of Civil Procedure 23, Federal Rule of Civil Procedure 66, or any statute of the United States prohibiting dismissal of this action with prejudice. There has been no admission of liability by Defendants Hickman or Rogers, no payments made by or on behalf of Defendants Hickman or Rogers, and there has been no finding of liability or any judgment made against Defendants Hickman or Rogers. Neither Defendant Hickman nor Defendant Rogers shall be responsible for any of the costs or fees, discretionary costs and otherwise, including Plaintiffs' attorney's fees. This matter shall continue against only the City of Collegedale.

RESPECTFULLY submitted this 19th day of October, 2021.

*s/Keith H. Grant*
KEITH H. GRANT, BPR No. 023274
PHILIP AARON WELLS, BPR No. 036248
Attorneys for Defendants Ted Rogers and City of Collegedale, Tennessee
ROBINSON, SMITH & WELLS, PLLC
Republic Centre
633 Chestnut Street, Suite 700
Chattanooga, TN 37450

*s/Brian R. Bibb*
BENJAMIN K. LAUDERBACK, BPR No. 020855
BRIAN R. BIBB, BPR No. 31024
Attorneys for Defendant Chief Brian Hickman
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, Tennessee 37901-0131

*s/Janie P. Varnell*
JANIE PARKS VARNELL, BPR No. 031256
BRYAN H. HOSS, BPR No. 021529
Attorneys for Plaintiffs
DAVIS & HOSS, P.C.
850 Fort Wood Street
Chattanooga, TN 37403

2